IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Michael Jermaine Taplin and<br>Nova-Lee Marie Graber,<br><br>　　　*Plaintiffs*,<br><br>v.<br><br>Holly Wagner, Jeffrey Young,<br>Gary Lewis, and Panther Premium Logistics,<br><br>　　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:24-CV-03208-E-BT |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 24, 2026 (ECF No. 23). Plaintiffs Nova-Lee Marie Graber and Michael Jermaine Taplin filed objections. (ECF No. 25) The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Therefore, Defendants' Motion to Dismiss (ECF No. 13) is **GRANTED.** The claims against Defendants Wagner, Young, and Lee are hereby **DISMISSED WITHOUT PREJUDICE** due to lack of personal jurisdiction and the claims against Defendant

Panther are **DISMISSED WITH PREJUDICE.** The Clerk of Court is hereby directed to close

the case.

      **SO ORDERED.**

20th day of March, 2026

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE